STATE of Missouri, Respondent,

v.

Christina N. BRUCE, Appellant.

No. WD 50828.

Missouri Court of Appeals, Western District.

Jan. 30, 1996.

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BERREY and LAURA DENVIR STITH, JJ.

PER CURIAM.

### ORDER

Appeal from jury conviction of possession of a controlled substance, § 195.202 RSMo Cum.Supp., 1993.

Affirmed. Rule 30.25(b).